JS-6

| | |
|---|---|
| 1 | David D. Lawrence, Esq. [State Bar No. 123039] |
| | Dennis M. Gonzales, Esq. [State Bar No. 59414] |
| 2 | Christina M. Sprenger, Esq. [State Bar No. 205105] |
| | LAWRENCE BEACH ALLEN & CHOI |
| 3 | A Professional Corporation |
| | 1600 North Broadway, Suite 1010 |
| 4 | Santa Ana, California 92706 |
| | Telephone No: (714) 479-0180 |
| 5 | Facsimile No:  (714) 479-0181 |
| | E-Mail: csprenger@lbaclaw.com |
| 6 | |
| | Attorneys for Defendants, |
| 7 | COUNTY OF ORANGE, ORANGE COUNTY |
| | SHERIFF'S DEPARTMENT, ORANGE COUNTY |
| 8 | SHERIFF'S DEPUTIES T. STREETER, |
| | DROOTIN, FEELY and SGT. ACUNA |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD CLAYTHON FULLER, JR., | ) Case No. CV 04-6851SVW(PJWx) |
| Plaintiff, | ) |
| vs. | ) |
| COUNTY OF ORANGE, ORANGE COUNTY SHERIFF'S DEPARTMENT, ~~ORANGE COUNTY SHERIFF MICHAEL CARONA, both in his personal and official capacity~~, ORANGE COUNTY SHERIFF'S DEPUTIES T. STREETER (#1370), DROOTIN, FEELY and SGT. ACUNA, in both their personal and official capacities, CALIFORNIA HIGHWAY PATROL OFFICER A. D'AOUST (#15011), in his personal capacity, and DOES 1 through 10, inclusive, | ) **[PROPOSED] JUDGMENT** |
| Defendants. | ) **MATTER FOR DETERMINATION BY THE HONORABLE STEPHEN V. WILSON** |

///

///

///

///

1
~~[PROPOSED]~~ JUDGMENT

**PRETRIAL PROCEEDINGS**

On January 04, 2005, Plaintiff voluntarily dismissed Defendant Officer D'Aoust.

On March 02, 2006, the Court granted (and the Ninth Circuit affirmed on May 2, 2008) summary judgment in favor of Defendant County of Orange on Plaintiff's Second Cause of Action under 42 U.S.C § 1983 for violation of the First Amendment.

On October 10, 2008, the parties stipulated to dismiss Orange County Former Sheriff Michael Carona and Orange County Sheriff Sandra Hutchens.

On April 21, 2009, Plaintiff voluntarily dismissed Defendants Deputies Drootin, Feely and Streeter, and Sergeant Acuna.

**TRIAL**

The remainder of this action came on regularly for trial on April 21, 2009, in Courtroom 6 of the United States District Court, the Honorable Stephen V. Wilson presiding; Plaintiff Donald Fuller appeared by Attorneys Donald W. Cook and Olu K. Orange, and Defendant County of Orange appeared by Attorney Dennis Gonzales.

A jury of eight persons was regularly empanelled and sworn. Witnesses were sworn and testified.  After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury with directions to return a verdict.

The jury deliberated and thereafter returned to Court with its verdict in favor of Defendant County of Orange on all claims.

2
[PROPOSED] JUDGMENT

1      NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that:

2      1.   Judgment be entered in favor of Defendant County of
3 Orange; and

4      2.~~Defendant County of Orange is entitled to costs and~~
5 ~~disbursements in the amount of $ _____.~~

7      **IT IS SO ORDERED.**

9 Dated: June 30, 2009         */s/ Stephen V. Wilson*
                                 HONORABLE STEPHEN V. WILSON