UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-6851 SVW (PJWx) | Date | September 9, 2009 |
|---|---|---|---|
| Title | Donald C. Fuller, Jr. v. County of Orange, et al. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER GRANTING PLAINTIFF'S MOTION TO SET ASIDE THE AWARD OF COSTS TO DEFENDANTS [324]

    As per the Court's Judgment [docket no. 319], no costs should be awarded to Defendants. Plaintiff's Motion is GRANTED for the reasons stated in Plaintiff's Memorandum of Points and Authorities.

    The hearing scheduled for September 14, 2009 is vacated.

| | : | |
|---|---|---|
| | Initials of Preparer | PMC |